ANTHONY L. MARTIN
Nevada Bar No. 08177
anthony.martin@ogletreedeakins.com
DANA B. KRULEWITZ
Nevada Bar No. 011180
dana.krulewitz@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888
*Attorneys for Defendant Riviera Operating
Corporation d/b/a Riviera Hotel & Casino*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| MARY TURNER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RIVIERA OPERATING CORPORATION d/b/a RIVIERA HOTEL & CASINO; and DOES and ROES 1-100, inclusive.<br><br>Defendant. | Case No.: 2:14-cv-02108-GMN-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**<br><br>**(FIRST REQUEST)** |

Defendant Riviera Operating Corporation d/b/a Riviera Hotel & Casino ("Riviera"), and Plaintiff Mary Turner ("Turner"), by and through their respective undersigned counsel, hereby submit this first joint request for a short extension of the discovery cut-off period and related deadlines as contained in the Discovery Plan and Scheduling Order (Doc #15).  This request is submitted pursuant to LR 6-1, 6-2, 7-1 and 26-4.

Good cause exists to extend the discovery cut-off in this matter.  The parties have both served and responded to written discovery.  Additionally, Plaintiff has taken the deposition of two witnesses.  However, additional time is needed.  The parties appeared for and attended an Early Neutral Evaluation conference on April 27, 2015 whereby Magistrate Hoffman ordered the parties

to submit a Joint Status Report in thirty (30) days with an updated status of the matter. (Dkt. #19). During that period, the parties have been working on a resolution. Additional time is necessary to complete discovery as a result. Furthermore, defense counsel is going to be out of the country, and additional time is needed to depose Plaintiff as well as any additional witnesses.

The current discovery-cut-off date is June 10, 2015. Therefore, this first joint request for an extension of time is based upon the following:

## I. **DISCOVERY COMPLETED TO DATE**

The parties have exchanged Initial Disclosures. Plaintiff propounded written discovery on Defendant on January 20, 2015 and January 21, 2015, including Interrogatories and Request for Production of Documents. The parties mutually agreed to extend the time to respond to said written discovery in furtherance of settlement discussions. Defendant submitted its responses on April 24, 2015 and is presently obtaining additional information to supplement responses pending that the parties agree on a protective order and confidentiality agreement.

Defendant propounded written discovery on Plaintiff on January 26, 2015, including Interrogatories and Requests for Production of Documents. Again, the parties mutually agreed to extend the time to respond to said written discovery in furtherance of settlement discussions. On April 14, 2015, Plaintiff provided responses to Defendant's Interrogatories only.

On May 13, 2015, Plaintiff deposed two former management employees of Defendants.

## II. **REMAINING DISCOVERY TO BE COMPLETED**

Defendant will supplement its discovery responses subject to a protective order and confidentiality agreement executed by the parties. Plaintiff will provide Defendant with responses to its Request for Production of Documents. Additionally, Defendant intends to depose Plaintiff and Plaintiff intends to depose Riviera's former Human Resource Director as well as an additional former employee.

## III. **REASONS DISCOVERY CANNOT BE COMPLETED WITHIN THE ORIGINAL DEADLINE**

The parties spent a significant time at the outset of this matter to come to an early resolution. The parties' require additional time to (1) resolve any minor discovery disputes related

to Defendant's supplemental discovery responses; (2) depose Plaintiff due to defense counsel being out of the country; and (3) depose additional former Riviera employees. Additionally, the parties are working on whether resolution of this matter is possible pursuant to Magistrate Hoffman's Order. (Dkt. #19.)

### IV. REVISED PROPOSED DISCOVERY PLAN

All discovery in this case will be conducted in accordance with the Federal Rules of Civil Procedure and applicable Local Rules of this District Court. The parties propose to the Court the following cut-off dates:

   **A.**   **Discovery Cut-off Date**: The discovery cut-off deadline shall be **August 10, 2015**.

   **B.**   **Dispositive Motions**: Dispositive motions shall be filed by **September 9, 2015** (thirty (30) days after the discovery cut-off date of August 10, 2015) in accordance with Local Rule 26-1(e)(4).

   **C.**   **Motions in Limine/*Daubert* Motions**: Pursuant to Local Rule 16-3(b), any motions in limine, including *Daubert*-type motions, shall be filed and served thirty (30) days prior to trial. Oppositions shall be filed and served and the motion submitted for decision fourteen (14) days thereafter. Reply briefs shall only be allowed with leave of court, unless the District Judge issues an order with a different deadline or briefing schedule.

   **D.**   **Pretrial Order**: The Pretrial Order shall be filed no later than **October 9, 2015** (thirty (30) days after the deadline for filing dispositive motions date of September 9, 2015), in accordance with Local Rule 26-1(e)(5). In the event dispositive motions have been filed, the Pretrial Order shall be suspended until thirty (30) days after a decision of the dispositive motions or further order of the Court.

   **E.**   **Fed. R. Civ. P. 26(a)(3) Disclosures**: The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the final pretrial order in accordance with Local Rule 26-1(e)(6).

. . .

. . .

. . .

3

F.  **Extension or Modification of the Discovery Plan and Scheduling Order:** In accordance with Local Rule 26-4, any motion or stipulation to extend a deadline set forth in this discovery plan and scheduling order shall be received by the Court no later than twenty-one (21) days before the expiration of the subject deadline.

Dated this 20th day of May, 2015.

NELSON LAW

/s/ Sharon L. Nelson
Sharon L. Nelson
8430 W. Lake Mead Blvd., Suite 100
Las Vegas, NV 89128

*Attorney for Plaintiff*

IT IS SO ORDERED.

Dated this 20th day of May, 2015.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Dana B. Krulewitz
Anthony L. Martin
Dana B. Krulewitz
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169

*Attorneys for Defendant Riviera Operation Corporation d/b/a Riviera Hotel & Casino*

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

May 21, 2015
_____
Dated