1  ANTHONY L. MARTIN
   Nevada Bar No. 8177
2  anthony.martin@ogletreedeakins.com
3  DANA B. KRULEWITZ
   Nevada Bar No. 11180
4  dana.krulewitz@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
5  Wells Fargo Tower
   Suite 1500
6  3800 Howard Hughes Parkway
   Las Vegas, NV  89169
7  Telephone:  702.369.6800
8  Fax:  702.369.6888
   *Attorneys for Defendant Riviera Operating*
9  *Corporation d/b/a Riviera Hotel & Casino*

10                **UNITED STATES DISTRICT COURT**

11               **FOR THE DISTRICT OF NEVADA**

12

   MARY TURNER, an individual,              Case No.:  2:14-cv-02108-GMN-GWF
13
                    Plaintiff,
14
   vs.                                       **STIPULATION AND ORDER TO**
15                                           **RESCHEDULE CONTINUED EARLY**
   RIVIERA OPERATING CORPORATION             **NEUTRAL EVALUATION**
16 d/b/a RIVIERA HOTEL & CASINO; and
   DOES and ROES 1-100, inclusive.                  **(First Request)**
17
                    Defendant.
18

19

20       Defendant Riviera Operating Corporation d/b/a Riviera Hotel & Casino ("Riviera"), and

21 Plaintiff Mary Turner ("Turner"), by and through their respective undersigned counsel, hereby

22 agree to reschedule the Continued Early Neutral Evaluation ("Continued ENE"), which is currently

23 set for June 18, 2015 at 9:00 a.m. (Doc. #24).  Plaintiff's counsel will be out of town and

24 unavailable to attend.  Therefore, the parties agree that in light of the foregoing, a rescheduling of

25 the Continued ENE in this matter is appropriate.  This stipulation is not brought for the purposes of

26 delay or any other improper purpose.

27 ///

28 ///

1    Accordingly, the parties are respectfully requesting that the Continued ENE be rescheduled

2    for one of the following dates: August 19, 2015 or August 21, 2015.

3    Dated this 17ᵗʰ day of June, 2015.                Dated this 17ᵗʰ day of June, 2015.

4    NELSON LAW                                        OGLETREE, DEAKINS, NASH, SMOAK & STEWART,
                                                       P.C.
5

6    /s/ Sharon L. Nelson                              /s/ Dana B. Krulewitz
     Sharon L. Nelson                                  Anthony L. Martin
7    8430 West Lake Mead Blvd.                         Dana B. Krulewitz
     Suite 100                                         Wells Fargo Tower
8    Las Vegas, NV 89128                               Suite 1500
                                                       3800 Howard Hughes Parkway
9    Attorney for Plaintiff                            Las Vegas, NV  89169

10                                                     Attorneys   for   Defendant   Riviera   Operation
                                                       Corporation d/b/a Riviera Hotel & Casino
11

12
                                          **ORDER**
13

14       IT IS HEREBY ORDERED that the Early Neutral Evaluation in this matter will take place

15   on _____August 21_____, 2015 at _____9:00 a.m._____ a.m./p.m.  A request for an exception to the

16   above attendance requirements must be filed and served upon all parties at least fourteen (14) days

17   prior to the ENE session.

18       Supplemental written evaluation statements shall be submitted directly to my chambers,

19   Room 3014, not later than 12:00 p.m. on August 14, 2015.

20   DATED: June 18, 2015

21

22

23                                         _____
                                           UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

2